Judge PIGOTT taking no part.

In the Matter of ROBERT M. RESTAINO, as Judge of the Niagara Falls City Court, Niagara County, Petitioner. STATE COMMISSION ON JUDICIAL CONDUCT, Respondent.

Submitted February 11, 2008; decided February 14, 2008

Judge PIGOTT taking no part.

In the Matter of ROBERT M. RESTAINO, as Judge of the Niagara Falls City Court, Niagara County, Petitioner. STATE COMMISSION ON JUDICIAL CONDUCT, Respondent.

Submitted February 11, 2008; decided February 14, 2008

Judge PIGOTT taking no part.

In the Matter of ROBERT M. RESTAINO, as Judge of the Niagara Falls City Court, Niagara County, Petitioner. STATE COMMISSION ON JUDICIAL CONDUCT, Respondent.

Submitted February 11, 2008; decided February 14, 2008